1  Jeremy S. Goldman, (SBN 306943)
   jgoldman@fkks.com
2  FRANKFURT KURNIT KLEIN + SELZ PC
   2029 Century Park East, Suite 1060
3  Los Angeles, California 90067
   Telephone:   (310) 579-9600
4  Facsimile:   (310) 579-9650

5  Attorneys for Petitioner
   SHAGMAG, INC.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

   In re Subpoena to Cloudflare, Inc.          CIVIL ACTION NO.: 2:19-mc-00186
11

12                                             **DECLARATION OF JEREMY S.
                                               GOLDMAN IN SUPPORT OF
13                                             REQUEST FOR DMCA SUBPOENA
                                               PURSUANT TO 17 U.S.C. § 512(h)**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1
   DECLARATION OF JEREMY S. GOLDMAN PURSUANT TO 17 U.S.C. § 512(h)

Frankfurt Kurnit Klein + Selz ᴘᴄ

2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579-9600

1    I, Jeremy S. Goldman, declare as follows:

2    1.    I am an attorney duly admitted to practice before this Court.  I am a

3  partner at Frankfurt Kurnit Klein + Selz PC, attorneys for Petitioner SHAGMAG,

4  INC. ("SHAGMAG").  I have personal knowledge of the facts set forth herein, and

5  if called as a witness, I could and would competently testify thereto.  I make this

6  declaration in support of SHAGMAG's request, pursuant to 17 U.S.C. § 512(h), for

7  a subpoena to Cloudflare, Inc.

8  **17 U.S.C. § 512(h) Authorizes the Clerk of the Court to Issue Subpoenas to**

9  **Service Providers for Identification of Copyright Infringers**

10    2.    17 U.S.C. § 512(h)(1) provides that "[a] copyright owner or a person

11  authorized to act on the owner's behalf may request the clerk of any United States

12  district court to issue a subpoena to a service provider for identification of an alleged

13  infringer in accordance with this subsection."

14    3.    Pursuant to Section 512(h)(2), the request must include:

15  (A)    a copy of a notification described in subsection (c)(3)(A);

16  (B)    a proposed subpoena; and

17  (C)    a sworn declaration to the effect that the purpose for which the

18        subpoena is sought is to obtain the identity of an alleged infringer and

19        that such information will only be used for the purpose of protecting

20        rights under this title.

21    4.    Section 512(4) provides that, upon receipt of the above materials, "the

22  clerk" (not the Court) "shall expeditiously issue and sign the proposed subpoena and

23  return it to the requester for delivery to the service provider."

24    5.    The subpoena to be issued by the Clerk of the Court "shall authorize

25  and order the service provider receiving the notification and the subpoena to

26  expeditiously disclose to the copyright owner or person authorized by the copyright

27  owner information sufficient to identify the alleged infringer of the material

28  described in the notification to the extent such information is available to the service

DECLARATION OF JEREMY S. GOLDMAN PURSUANT TO 17 U.S.C. § 512(h)

1   provider." 17 U.S.C. § 512(h)(3).

2   **This Request Meets Each Requirement of 17 U.S.C. § 512(h)(2)**

3         6.      This request meets each requirement of 17 U.S.C. § 512(h)(2).

4         7.      Attached hereto as **Exhibit A** is a true and accurate copy of the

5   notifications of infringement that SHAGMAG submitted to Cloudflare, Inc. and

6   thothub.tv pursuant to 17 U.S.C. § 512(c)(3).[1]

7         8.      A copy of the proposed subpoena to be issued to Cloudflare, Inc. is

8   being filed on ECF herewith as a separate event.[2]

9         9.      Pursuant to 512(h)(2)(C), I hereby swear that the purpose of the

10  subpoena is to obtain the identity or identities of alleged copyright infringers

11  identified on the subpoena.  The information obtained will be used only for the

12  purpose of protecting the rights granted to our client, SHAGMAG, INC., under the

13  U.S. Copyright Act, 17 U.S.C. § 101 *et seq.*

14

15                 *  *  *

16  //

17  //

18  //

19

20  [1] Cloudflare, Inc. is a "service provider" (as defined by 17 U.S.C. § 512(k)(1)) of the
    domain thothub.tv (the "Infringing Website"), which is displaying and performing
21  SHAGMAG's copyright-protected content without authorization.  Upon information
    and belief, Cloudflare, Inc. is also a service provider for the Infringing Website's
22  web hosts, BuyVM and/or FranTech Solutions, which are also directly and/or
23  indirectly liable for the infringement and for which identifying information is also
24  sought in the subpoena.

25  [2] 17 U.S.C. § 512(h)(6) provides that "the procedure for issuance and delivery of the
    subpoena, and the remedies for noncompliance with the subpoena, shall be governed
26  to the greatest extent practicable by those provisions of the Federal Rules of Civil
27  Procedure governing the issuance, service, and enforcement of a subpoena duces
    tecum."  Accordingly, the proposed subpoena is prepared in accordance with Fed. R.
28  Civ. P. 45.

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579-9600

3

DECLARATION OF JEREMY S. GOLDMAN PURSUANT TO 17 U.S.C. § 512(h)

1    10.    Based on the foregoing, I respectfully request that the Clerk of the

2 Court expeditiously issue and sign the proposed subpoena and return it to the

3 undersigned via ECF to be served on the service provider.

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Executed on this 30th day of October, 2019, at Los Angeles, California.

8

9

10                                          _____

11                                          Jeremy S. Goldman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

4

DECLARATION OF JEREMY S. GOLDMAN PURSUANT TO 17 U.S.C. § 512(h)